### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**DAVID HARROLD BROOM**                                      **PLAINTIFF**

**v.**                                      **CIVIL NO. 1:25-cv-00216-HSO-BWR**

**JOHN LEDBEDDER, et al.**                                      **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated

herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action

is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 28th day of April, 2026.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE